# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-3430
L.T. Case No. 2024-CF-000195

———————————————

AARON BERNARD DIXON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Michael C. Nappi, Office of Criminal Conflict and Civil Regional Counsel, Casselberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel Paul Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

December 4, 2025

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————